```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

BRENDA LOUISE TALLEY RN, BSN                    PLAINTIFF

    V.              CIVIL NO. 08-2094

JOHNSON REGIONAL MEDICAL CENTER                 DEFENDANT

### **O R D E R**

Currently before the Court is Plaintiff's motion to voluntarily dismiss her claims against Defendant (Doc. 14). Upon due consideration, the motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties are to bear their own fees and costs.

IT IS SO ORDERED this 11th day of December 2008.

                                             /s/ Robert T. Dawson
                                             Honorable Robert T. Dawson
                                             United States District Judge